HAWKINS, Circuit Judge,
dissenting:
The question before us is whether this case should be tried in Hawaii or Indonesia. Under the applicable test, Plaintiff Herbert’s choice of Hawaii deserves substantial deference unless Defendant VWR International establishes “oppressiveness and vexation ... out of all proportion to plaintiffs convenience” in trying the case there. See Carijano v. Occidental Petroleum Corp., 643 F.3d 1216, 1234 (9th Cir. 2011). Offering no proof that any witnesses *523 or evidence exist in Indonesia, VWR fails that test. Indeed, from the point of view of its own convenience, VWR and its very able counsel could defend this case just about anywhere, including Hawaii. I would reverse and remand for further proceedings in district court.